[Cite as *Audio v. Ohio Pub Works Comm.*, 2011-Ohio-2754.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

| | |
|---|---|
| DIGGER'S AUDIO | Case No. 2010-12184-AD |
| Plaintiff | Deputy Clerk Daniel R. Borchert |
| v. | ENTRY OF DISMISSAL |
| OHIO PUBLIC WORKS COMMISSION | |

{¶ 1} On November 29, 2010, plaintiff entity, Digger's Audio, filed a complaint in this court. On January 14, 2011, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court or face dismissal of this case. Plaintiff entity has not complied with the court order. Accordingly, plaintiff entity's case is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the court costs of this claim.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

LeRoy J. Henes
Digger's Audio
715 N. B. St.
Hamilton, Ohio 45013

DRB/laa
Filed 3/9/11
Sent to S.C. reporter 5/27/11